UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SIR TERRIQUE MILAM,<br><br>                Defendant. | Case No. MJ24-164<br><br>DETENTION ORDER |

Defendant Sir Terrique Milam is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 846(b)(1)(A), 846. The Court held a detention hearing on October 21, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Milam is charged with a drug offense with a maximum sentence of ten years or more.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Milam as required and the safety of the community. Mr. Milam has community ties and place to reside with his grandmother.

4. Mr. Milam poses a of danger to the community due to the offense charged, the allegations of his role in the offense charged. Mr. Milam does not have stable employment or stable housing. Mr. Milam was on probation when these allegations arise. Mr. Milam's prior criminal history indicates that he was released to unsupervised probation in April 2024 and by June 2024 there are allegations that he was engaging in criminal activity.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure that Mr. Milam is not a danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Milam shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Milam shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Milam

is confined shall deliver Mr. Milam to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Milam, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 21st day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3