UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIR TERRIQUE MILAM,<br><br>Defendant. | CASE NO. 2:24-cr-00164-JNW-7<br><br>ORDER |

THIS MATTER comes before the court on Defendant Sir Terrique Milam's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel. Dkt. No. 295. The court has considered the reasons for the motion, the non-opposition of the United States, and the file herein.

Therefore, it is hereby ORDERED that Defendant Sir Terrique Milam's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel is GRANTED. Dkt. No. 295. CJA Administration shall appoint new CJA defense counsel as soon as possible.

**ORDER** - 1

Dated this 12th day of March, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2